**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-30591

JOANNE BRYANT; JEFFREY BRYANT,

Plaintiffs-Appellants,

VERSUS

MICHELLE R. JOHNSON, ET AL.,

Defendants,

USAA CASUALTY INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-1909-D)

March 13, 2000

Before DAVIS, CYNTHIA HOLCOMB HALL[*] and SMITH, Circuit Judges.

PER CURIAM:[**]

This appeal is controlled by <u>Woodfield v. Bowman</u>, 193 F.3d 354 (5th Cir. 1999), which we decided after the district court rendered judgment in this case. Under the interest analysis test applied by <u>Woodfield</u>, Mississippi law governs the Bryants' claim against their uninsured motorist carrier, USAA. Applying Mississippi substantive law, the Bryants are permitted to stack insurance coverage. <u>See</u> <u>U.S. Fidelity & Guaranty Co. v. Ferguson</u>, 98 So.2d 77, 79 (Miss.

_____

*Circuit Judge of the Ninth Circuit, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1997).  The Bryants have two vehicles covered by USAA's policy. Each vehicle has an uninsured motorist limit of $100,000. Therefore, under Mississippi law the Bryants have $200,000 in uninsured motorist coverage under their two USAA policies.

Accordingly, the judgment of the district court is vacated and this case is remanded for further proceedings consistent with this opinion.

VACATED and REMANDED.